E. & K. AGENCY, INC., PLAINTIFF-PETITIONER, v. GEORGE W. VAN DYKE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Alan C. Sugarman* for the petitioner.

*Messrs. Parsons, Canzona, Blair & Warren* and *Messrs. Patterson, Cooper & Coleman* for the respondents.

May 28, 1968. Denied.

LENA MAFFATONE, *ADMX. AD PROS., ETC.*, PLAINTIFF-RESPONDENT, v. MATTHEW WOODSON, DEFENDANT, AND DOMINICK PANZARINO, DEFENDANT-PETITIONER.

See same case below: 99 *N. J. Super.* 559.

*Messrs. Stalter, DeYoe & Guiney* for the petitioner.

*Mr. Meyer Pesin* for the respondent.

May 28, 1968. Denied.

CHANEL INC., *ET AL.*, PLAINTIFFS-PETITIONERS, v. CASA FLORA COMPANY, DEFENDANT-RESPONDENT.

See same case below: 100 *N. J. Super.* 19.

*Messrs. Levy, Lemken & Margulies* for the petitioners.

*Messrs. Milton M.* and *Adrian M. Unger* and *Mr. Jack J. Stecher* for the respondent.

May 28, 1968. Denied.